# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LOIS CODY, | ) |
| Petitioner, | ) |
| v. | ) No. 4:20-CV-857 JAR |
| ANGELA MESMER, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Petitioner has submitted an unsigned motion to proceed *in forma pauperis*. Under Federal Rule of Civil Procedure 11, every written motion must be signed "by a party personally if the party is unrepresented" and the Court may strike an unsigned paper "unless the omission is promptly corrected after being called to the . . . party's attention." As a result, the Court will order the Clerk to return the motion to petitioner so that petitioner may sign it and return it to the Court for filing. If petitioner fails to comply with this Order, petitioner will be required to pay the full filing fee in this action.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return petitioner's motion to proceed *in forma pauperis* to petitioner.

**IT IS FURTHER ORDERED** that petitioner shall sign the motion to proceed *in forma pauperis* and return it to the Court within **twenty-one (21) days** of the date of this Order.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this Order, petitioner shall be required to pay the full $5 filing fee.

Dated this 8th day of July, 2020.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE